OPINION — AG — QUESTION: MAY THE BOARD OF COUNTY COMMISSIONERS OF ROGERS COUNTY PAY A SET FIGURE OF $150.00 PER MONTH TO THE SHERIFF AND DEPUTY IN LIEU OF $0.10 PER MILE AS SET OUT IN THE STATUTE. — NEGATIVE, THE BOARD OF COUNTY COMMISSIONERS MAY NOT PAY A SET FIGURE PER MONTH FOR MILEAGE TO THE SHERIFF AND DEPUTY, BUT MUST PAY THEM MILEAGE AS PROVIDED IN 19 O.S. 1961 180.43 [19-180.43] (REX THOMPSON)